COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Kodigbo Odelugo v. The State of Texas

Appellate case number:   01-12-00272-CR

Trial court case number:  1249648

Trial court:                248th District Court of Harris County

On May 2, 2014, the Court issued its mandate in the above-referenced appeal. Appellant has filed a motion to "Recall and Stay the Court's Mandate" because he "intends to file a Writ of Habeas Corpus as permitted by the Texas Code of Criminal Procedure." Appellant's motion is **denied**.[1]

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                      ☑ Acting individually     □ Acting for the Court

Date: May 16, 2014

---

[1]     *See Ex parte Webb*, 270 S.W.3d 108, 111 (Tex. Crim. App. 2008) (concluding that court of appeals was not required to recall its mandate and considering merits of application for habeas relief).